UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AMBER SCOTT, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILDREN, MADYSON MELENDEZ, ROSS ROVIRA AND AVA GRACE ROVIRA** | **CIVIL ACTION NO.: 2:18-cv-08175-JTM-MBN** <br><br> **SECTION: H** <br><br> **MAGISTRATE: 5** |
| **VS** | |
| **CITY OF MANDEVILLE, ET AL** | |

_____

## **ORDER**

Considering the foregoing Motion to Continue the Status Conference (Doc 54):

**IT IS ORDERED** that the Motion to Continue the Status Conference filed by the Defendants is granted; and the Preliminary Status Conference is CONTINUED to December 18, 2019 at 2:00p.m.

New Orleans, Louisiana, this 3rd of December, 2019.

_____
UNITED STATES DISTRICT JUDGE

1