UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMBER SCOTT | CIVIL ACTION |
| VERSUS | NO. 18-8175 |
| MANDEVILLE CITY ET AL | SECTION: "H"(5) |

JUDGMENT

For reasons issued July 26, 2019 (Doc. 50), plaintiff's claims against defendants Greater New Orleans Expressway Commission, the Causeway Police Department, the Chief of the Causeway Police Nick Congemi, and Officer Scott Huff were dismissed with prejudice;

For reasons issued July 10, 2020 (Doc. 65), plaintiff's claims against defendants the City of Mandeville, Mayor Donald J. Villere, the Mandeville Police Department, Mandeville Police Chief Gerald Sticker, and Officer Terry Guillory were dismissed with prejudice;

Accordingly;

**IT IS ORDERED, ADJUDGED AND DECREED** that the above-captioned matter is hereby **DISMISSED WITH PREJUDICE.**

Signed in New Orleans, Louisiana, this 13th day of July, 2020.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE